| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Vincent W. Sherman | Social Security number or ITIN | xxx–xx–0843 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Cynthia E. Sherman | Social Security number or ITIN | xxx–xx–1157 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 15–21394–MBK | | |

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vincent W. Sherman                                      Cynthia E. Sherman

<u>11/13/19</u>                                                           **By the court:** <u>Michael B. Kaplan</u>
                                                                                      United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-21394-MBK
Vincent W. Sherman                                                        Chapter 13
Cynthia E. Sherman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 4          Date Rcvd: Nov 13, 2019
                              Form ID: 3180W              Total Noticed: 101

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
```
db/jdb         Vincent W. Sherman,   Cynthia E. Sherman,   879 Brookville Rd,   Toms River, NJ  08753-4448
aty           +Joel A. Ackerman,   Zucker Goldberg & Ackerman,   200 Sheffield Street,   Suite 301,
               Mountainside, NJ 07092-2315
515573140      ACB Receivables Management,   Attn: Ocean County Special Civil,   118 Washington St,
               Toms River, NJ  08753-7626
515573142     #+Allied Interstate, Inc.,   PO Box 361477,   Columbus, OH 43236-1477
515573144      Apogee Med Group New Jersey,   PO Box 1259,   Oaks, PA  19456-1259
515573145      Assistant Attorney General,   555 4th St NW Rm 6126,   Washington, DC  20001-2733
515573146      Barnabas Health Medical Group North,   PO Box 8000,   Buffalo, NY  14267-0002
515573147      Barnabas Health Medical Group South,   PO Box 8000,   Buffalo, NY  14267-0002
515573148      Caris Diagnostics,   PO Box 844117,   Dallas, TX  75284-4117
515573149     #Coast Orthopedics Associates,   1382 Vincenzo Dr,   Toms River, NJ  08753-2768
515573153      Community Medical Center,   Attn: National Recovery Agency,   PO Box 67015,
               Harrisburg, PA  17106-7015
515573152      Community Medical Center,   Attn: Celentano, Stadmauer & Walentowiz,   PO Box 2594,
               Clifton, NJ  07015-2594
515573151      Community Medical Center,   Attn: Schachter Portnoy, LLC,   3490 US Highway 1 Ste 6,
               Princeton, NJ  08540-5920
515573154      Community Medical Center,   Attn: Keystone Financial Services,   PO Box 730,
               Allenwood, NJ  08720-0730
515573155     +Community Medical Center,   800 W. Sam Houston Pkwy S, Suite 200,   Houston, TX 77042-1914
515573158     +Diagnostics & Clinical Cardiology,   769 Northfield Ave #220,   West Orange, NJ 07052-1106
515573160      Edison Imaging Associates,   Attn: Online Collections,   PO Box 1489,
               Winterville, NC  28590-1489
515573159      Edison Imaging Associates,   PO Box 3263,   Indianapolis, IN  46206-3263
515573161      Edsion Imaging Associates,   Attn: Online Collections,   PO Box 1489,
               Winterville, NC  28590-1489
515573163      Forman & Hertz, MD,   Attn: Remex Revenue Management,   307 Wall St,
               Princeton, NJ  08540-1515
515619940     +HESAA,   PO BOX 548,   TRENTON, NJ 08625-0548
515573167      HSBC,   Attn: LTD Financial Services, LP,   7322 Southwest Fwy Ste 1600,
               Houston, TX  77074-2134
515573168     +HSBC Bank Nevada,   Attn: Cavalry Portfolio Service,   500 Summit Lake Dr,
               Valhalla, NY 10595-2321
515573164      Health Innovations Unlimited,   Attn: National Recovery Agency,   2491 Paxton St,
               Harrisburg, PA  17111-1036
515573166      Hooper Imaging,   1166 River Ave Ste 102,   Lakewood, NJ  08701-5600
515573170     +Jersey Emergency Medicine,   Attn: Diversified Collections, Inc.,
               10550 Deerwood Park Blvd #309,   Jacksonville, FL 32256-2805
515573171      Jersey Emergency Medicine,   1945 NJ-33,   Neptune City, NJ 07753
515573173      Jersey Shore Anesthesiology,   PO Box 307,   Neptune, NJ  07754-0307
515573174      Kammy Dental,   Attn: Eservice Incorporated,   PO Box 3324,   Apache Junction, AZ  85117-4121
515573176     +Mark Zucker, MD,   Attn: Center State Collections,   201 Lyons Avenue,   Newark, NJ 07112-2027
515573178      Medical Business Bureau, LLC,   PO Box 1219,   Park Ridge, IL  60068-7219
515573179     +Medical Center of Ocean County,   Attn: OSI Collection Services, Inc.,   PO Box 680,
               Edison, NJ 08818-0680
515573180      Medical Dental Hospital BUR/ACB,   19 Main St,   Asbury Park, NJ  07712-7012
515573181      Medical Diagnostic Laboratories,   2349 Kuser Rd,   Hamilton, NJ  08690-3301
515573182     +Meridian Home Care Ocean,   1759 Route 88, Suite 100,   Brick, NJ 08724-3016
515573184      Mertoplex Pathology Associates,   PO Box 840294,   Dallas, TX  75284-0294
515573185      Michael Harrison,   3155 State Route 10,   Denville, NJ  07834-3492
515573187      Midland Funding LLC,   Attn: Ocean County Special Civil,   118 Washington St,
               Toms River, NJ  08753-7626
515573188     +Millennium Anestesia Consultants,   201 Lyons Avenue,   Newark, NJ 07112-2027
515573189      New Century Financial Service,   Attn: Ocean County Special Civil,   118 Washington St,
               Toms River, NJ  08753-7626
515573191      New Jersey Attorney General's Office,   Richard J. Hughes Justice Complex,   25 Market St,
               Trenton, NJ  08611-2148
515573192      New Jersey Cardiology Associates,   375 Mount Pleasant Ave,   West Orange, NJ  07052-2750
515573194      Newark Beth Israel Medical Center,   Attn: Schachter Portnoy, LLC,   3490 US Highway 1 Ste 6,
               Princeton, NJ  08540-5920
515573195      North Dover OBGYN,   Attn: LCA Collections,   879 Brookville Rd,   Toms River, NJ  08753-4448
515573197      O.M.C. Meridian Health,   Attn: Keystone Financial,   PO Box 730,   Allenwood, NJ  08720-0730
515573196      O.M.C. Meridian Health,   Attn: Keystone Financial Services,   PO Box 730,
               Allenwood, NJ  08720-0730
515573198      Ocean Endosurgery Center,   Attn: ACB Receivables Mngmt,   19 Main St,
               Asbury Park, NJ  07712-7012
515573200      Ocean Medical Center,   Attn: QAR,   PO Box 239,   Gibbsboro, NJ  08026-0239
515573201      Ocean Medical Center,   Attn: Quality Asset Recovery, LLC,   PO Box 239,
               Gibbsboro, NJ  08026-0239
515573202      Ocean Medical Center,   Attn: Meridian Health,   PO Box 9319,   Trenton, NJ  08650-1319
515573203     +Ocean Medical Imaging,   21 Stockton Dr,   Toms River, NJ 08755-6433
```

```
District/off: 0312-3          User: admin              Page 2 of 4            Date Rcvd: Nov 13, 2019
                              Form ID: 3180W           Total Noticed: 101


 515573204        Ocean Pathology,    Attn: ACB Receivables Management, Inc.,    19 Main St,
                   Asbury Park, NJ 07712-7012
 515573205        Ocean Perioperative Cons,    PO Box 366,    Manasquan, NJ 08736-0366
 515573206        Orthopaedic Institute of Central Jersey,    2315 Highway 34 Ste D,    Manasquan, NJ 08736-1444
 515573207        Premier Bankcard, LLC,    Attn: Monarch Recovery Managment, Inc,    10965 Decatur Rd,
                   Philadelphia, PA 19154-3210
 515573208        Quest Diagnostics Incorporated,    3 Giralda FarmsMadison, NJ 07940
 515573209       +Radiology Physicians,    Attn: Apex Asset Management, LLC,    2501 Oregon Pike,
                   Lancaster, PA 17601-4890
 515573210        Rusmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
 515604211      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                   PO Box 245,   Trenton, NJ 08695-0245)
 515573213        Saint Barnabas Medical Center,    Attn: Celentano, Stadtmauer & Walentowic,    PO Box 2594,
                   Clifton, NJ 07015-2594
 515573215        Schachter Portnoy, LLC,    Attn: Howard Schachter, Esq.,    3490 US Highway 1,
                   Princeton, NJ 08540-5920
 515573216        Seaview Orthopaedic & Medical Associates,    1200 Eagle Ave,    Ocean, NJ 07712-7631
 515573217        Seaview Orthopaedic and Medical Assoc.,    1200 Eagle Ave,    Ocean, NJ 07712-7631
 515573219        Shore Cardiology Consultants,    1640 Route 88 Ste 201,    Brick, NJ 08724-3068
 515573220        Shore Outpatient Surgicen,    Attn: ACB Receivables Management, Inc.,    19 Main St,
                   Asbury Park, NJ 07712-7012
 516422651       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                   Highlands Ranch, Colorado 80129-2386
 515573222        Superior Court of New Jersey,    118 Washington St,    Toms River, NJ 08753-7626
 515573223        Toms River Ambulatory Anesthesia LLC,    PO Box 188,    Little Silver, NJ 07739-0188
 515573225        Toms River X-Ray,    Attn: ACB Receivables Management, Inc.,    19 Main St,
                   Asbury Park, NJ 07712-7012
 515573228       +Union Labor Life Insurance Company,    1625 Eye Street, NW,    Washington, DC 20006-4061
 515573229       +United Water of Toms River,    69 Devoe Place,    Hackensack, NJ 07601-6105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2019 00:49:35      U.S. Attorney,    970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
 smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2019 00:49:32      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
 515573143        EDI: RMCB.COM Nov 14 2019 04:48:00      American Medical Collection Agency,
                   2269 Saw Mill River Rd,    Elmsford, NY 10523-3832
 515722281       +E-mail/Text: bankruptcy@cavps.com Nov 14 2019 00:49:59      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
 515573150        EDI: WFNNB.COM Nov 14 2019 04:48:00      Comenity Capital/Blair,    PO Box 182120,
                   Columbus, OH 43218-2120
 515573156       +EDI: CCS.COM Nov 14 2019 04:48:00      Credit Collection Services,    2 Wells Ave,
                   Newton, MA 02459-3246
 515573157        E-mail/PDF: creditonebknotifications@resurgent.com Nov 14 2019 00:46:43      Credit One Bank,
                   PO Box 98873,    Las Vegas, NV 89193-8873
 515573162        EDI: AMINFOFP.COM Nov 14 2019 04:48:00      First Premier Bank,    3820 N Louise Ave,
                   Sioux Falls, SD 57107-0145
 515573165        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 00:46:03
                   Healthcare Funding Solutions,    4340 S Monaco St Fl 2,    Denver, CO 80237-3485
 515602497        EDI: IRS.COM Nov 14 2019 04:48:00      Internal Revenue Service,    P.O. Box 7346,
                   Philadelphia, PA 19101-7346
 515701708        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 00:46:03
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
 515573175        EDI: CCS.COM Nov 14 2019 04:48:00      LabCorp,    Attn: Credit Collection Services,
                   2 Wells Ave,    Newton, MA 02459-3225
 515752551        E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 14 2019 00:45:40      MERRICK BANK,
                   Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
 515573177        E-mail/Text: egssupportservices@alorica.com Nov 14 2019 00:49:47      Medclr, Inc.,
                   Attn: NCO Financial System, Inc.,    507 Prudential Rd,    Horsham, PA 19044-2308
 515573183        E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 14 2019 00:45:39      Merrick Bank,
                   PO Box 9201,    Old Bethpage, NY 11804-9001
 515573186        EDI: MID8.COM Nov 14 2019 04:48:00      Midland Funding,    8875 Aero Dr Ste 200,
                   San Diego, CA 92123-2255
 515573190        E-mail/PDF: bankruptcy@ncfsi.com Nov 14 2019 00:47:42      New Century Financial Services,
                   110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
 515573193        E-mail/Text: ebn@rwjbh.org Nov 14 2019 00:50:05      Newark Beth Israel Medical Center,
                   Attn: Center State Collections,    PO Box 18876,    Newark, NJ 07191-8876
 515573199        EDI: CAPIO.COM Nov 14 2019 04:48:00      Ocean Medical Center,
                   Attn: Law Offices of Mitchell D. Bluhm,    PO Box 3269,    Sherman, TX 75091-3269
 515748173       +EDI: JEFFERSONCAP.COM Nov 14 2019 04:48:00      Premier Bankcard, Llc,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
 515590629        EDI: Q3G.COM Nov 14 2019 04:48:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
 515664531        EDI: Q3G.COM Nov 14 2019 04:48:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                   PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-3          User: admin               Page 3 of 4          Date Rcvd: Nov 13, 2019
                              Form ID: 3180W            Total Noticed: 101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515573211      E-mail/Text: bankruptcy@savit.com Nov 14 2019 00:50:27      Sa-vit Enterprises,   PO Box 250,
               East Brunswick, NJ 08816-0250
515573212      E-mail/Text: ebn@rwjbh.org Nov 14 2019 00:50:05      Saint Barnabas Health Care System,
               PO Box 903,   Oceanport, NJ 07757-0903
515573214      EDI: NAVIENTFKASMSERV.COM Nov 14 2019 04:48:00      Sallie Mae,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
515573218     +E-mail/Text: bankruptcy@senexco.com Nov 14 2019 00:48:17      Senex Services Corp.,
               3333 Founders Rd,   Indianapolis, IN 46268-4932
515573226      E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2019 00:49:35      U.S. Attorney's Office,
               970 Broad St Rm 700,   Newark, NJ 07102-2534
515573227     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2019 00:49:32      U.S. Trustee's Office,
               1 Newark Ctr Ste 2100,   Newark, NJ 07102-5277
515745949     +EDI: WFFC.COM Nov 14 2019 04:48:00      WELLS FARGO BANK, N.A.,   WELLS FARGO BANK, N.A.,
               ATTENTION: BANKRUPTCY DEPARTMENT,   MAC # D3347-014,   3476 STATEVIEW BOULEVARD,
               FORT MILL, SC 29715-7203
515573230      EDI: WFFC.COM Nov 14 2019 04:48:00      Wells Fargo Home Mortgage,   PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515573169*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114-0326)
515573221*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   PO Box 245,   Trenton, NJ 08695-0245)
517460923*    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
aty           ##Michael S. Ackerman,   Zucker, Goldberg & Ackerman,   200 Sheffield St.,   Suite 301,
               PO Box 1024,   Mountainside, NJ 07092-0024
515573141     ##ACB Receivables Management, Inc.,   PO Box 350,   Asbury Park, NJ 07712-0350
515573224     ##+Toms River Anesthesia Associates,   409 Main Street #2,   Toms River, NJ 08753-7418
                                                                            TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Cynthia E. Sherman kerrein66@comcast.net,
               G1659@notify.cincompass.com

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Nov 13, 2019
                              Form ID: 3180W           Total Noticed: 101
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kurt E. Reinheimer    on behalf of Debtor Vincent W. Sherman kerrein66@comcast.net, G1659@notify.cincompass.com

        Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing, LLC rsolarz@kmllawgroup.com

        TOTAL: 7