Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 15–21394–MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent W. Sherman | Cynthia E. Sherman |
| 879 Brookville Rd | 879 Brookville Rd |
| Toms River, NJ 08753–4448 | Toms River, NJ 08753–4448 |

Social Security No.:
  xxx–xx–0843                                     xxx–xx–1157

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 16, 2019</u>                 <u>Michael B. Kaplan</u>
                                                Judge, United States Bankruptcy Court